**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **ASHLEY TATE;** | **PLAINTIFFS** |
| **TOMEKA TATE** | |
| **V.** | **CAUSE NO. 5:20-CV-107-CWR-MTP** |
| **DAYS INN WORLDWIDE, INC.** | **DEFENDANT** |

## ORDER

Before the Court is Ashley and Tomeka Tate's Motion to Remand. Days Inn Worldwide, Inc. removed the case to this Court pursuant to diversity jurisdiction, claiming that complete diversity exists and the amount in controversy is met.

The Court has reviewed the parties' briefs and relevant law. It finds that it lacks subject matter jurisdiction for the reasons stated in *Evans v. Red Shield Admin., Inc.*, No. 3:18-CV-464-CWR-FKB, 2018 WL 4288724 (S.D. Miss. Aug. 17, 2018). *See also Drinkard v. Murphy Oil USA, Inc.*, No. 3:14-CV-303-CWR-LRA, 2014 WL 10475642 (S.D. Miss. Oct. 21, 2014).

The Clerk shall remand this case to the Circuit Court of Adams County, Mississippi with each party to bear their own costs. *See* 28 U.S.C. § 1447(c).

**SO ORDERED**, this the 16th day of July, 2020.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE